## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA I. ALICEA,<br>    Plaintiff(s)<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security Administration,<br>    Defendant(s) | CIVIL ACTION NO. 3:10-30122-MAP |

## JUDGMENT IN A CIVIL CASE

### Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** for the plaintiff Maria I. Alicea, against the defendant Michael J. Astrue, Commissioner of Social Security Administration, pursuant to the court's endorsed order entered this date, granting defendant's motion for remand and entry of judgment reversing the commissioner's decision.

                                                           **SARAH A. THORNTON**,
                                                           CLERK OF COURT

Dated: November 30, 2010           By /s/ *Maurice G. Lindsay*
                                                            Maurice G. Lindsay
                                                             Deputy Clerk

(Civil Judgment (SSA- Routine) .wpd - 11/98)
      [jgm.]